# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MARK JIMENEZ ACOSTA

V.

STEVEN ALFRED BOOSKA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C05   00458**

JF

HR

E-FILING

TO:

STEVEN ALFRED BOOSKA
250 Montgomery Street, Suite 720
San Francisco, CA  94104-3424

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 416
San Jose, CA  95113-2404

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

Betty J. Walton

(BY) DEPUTY CLERK

FEB 11 2005

DATE

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Fred W. Schwinn, SBN 225575<br>Consumer Law Center, Inc.<br>12 South First Street, Suite 416<br>San Jose, CA 95113-2404<br>TELEPHONE NO.: (408) 294-6100    FAX NO. (Optional): (408) 294-6190<br>E-MAIL ADDRESS (Optional): fred.schwinn@sjconsumerlaw.com<br>ATTORNEY FOR (Name): MARK JIMENEZ ACOSTA | |

# United States District Court
## for the Northern District of California

PLAINTIFF/PETITIONER: MARK JIMENEZ ACOSTA

DEFENDANT/RESPONDENT: STEVEN ALFRED BOOSKA

CASE NUMBER: C05-00458

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: Order Setting Initial Case Management Conference; Dispute Resolution Procedures in the Northern District of California; ECF Registration Information Handout
3. a. Party served *(specify name of party as shown on documents served)*:
      STEVEN ALFRED BOOSKA

   b. Person served: [ ] party in item 3a  [✓] other *(specify name and relationship to the party named in item 3a)*:
      TONY YOUNG, Receptionist

4. Address where the party was served: 250 Montgomery Street, Suite 720, San Francisco, CA 94104-3424

5. I served the party *(check proper box)* STEVEN ALFRED BOOSKA
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:            (2) at *(time)*:
   b. [✓] **by substituted service.** On *(date)*: 03/17/2005 at *(time)*: 9:45 a.m. I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
       TONY YOUNG, Receptionist

       (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

       (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

       (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

       (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 03/22/05 from *(city)*: San Jose, CA    or [ ] a declaration of mailing is attached.

       (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF/PETITIONER: MARK JIMENEZ ACOSTA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: STEVEN ALFRED BOOSKA | C05-00458 |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

       (1) on *(date):*         (2) from *(city):*

       (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

       (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

     ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
     under the following Code of Civil Procedure section:
       ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                     ☐ other:

7. **Person who served papers**
   a. Name: Ben E. Dupre
   b. Address: 586 North First Street, Suite 227, San Jose, CA 95112
   c. Telephone number: (408) 646-4971
   d. **The fee** for service was: $ 75.00
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☐ registered California process server:
       (i) ☐ owner ☐ employee ☐ independent contractor.
       (ii) Registration No.:
       (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the ~~State of California~~ *United States* that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: March 22, 2005

Ben E. Dupre
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶ *(signature)* (SIGNATURE)

POS-010 [Rev. July 1, 2004]    **PROOF OF SERVICE OF SUMMONS**    Page 2 of 2